IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
CLERK'S OFFICE

MAR 24 2026

US DISTRICT COURT
SAN JUAN, PR

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>OVIDIO MORALES MALDONADO,<br>Defendant. | INFORMATION<br><br>CRIMINAL NO. 26-CR-105 (ADC)<br><br>18 U.S.C. § 641<br><br>ONE COUNT |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

**Theft of Government Property**
**(18 U.S.C. § 641)**

Between on or about February 1, 2021, and continuing through on or about November 30, 2023, in the District of Puerto Rico, the defendant,

**OVIDIO MORALES MALDONADO,**

knowingly and willfully embezzled, stole, and converted to his own use or the use of another, money of the Social Security Administration (SSA), a department or agency of the United States, namely Social Security survivor's benefit payments payable to an individual with initials R.M.F., to which he knew he was not entitled, having a value in excess of $1,000.00. In violation of 18 U.S.C. § 641.

*United States v. Ovidio Morales Maldonado*
*Information*

## FORFEITURE ALLEGATION

Upon conviction of the offense in violation of 18 U.S.C. § 641, charged in Count One of this Information, the defendant, Ovidio Morales Maldonado, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, that constitutes, or is derived from, proceeds traceable to the commission of the offense, including but not limited to approximately $45,441 in United States currency.

If any of the property described in paragraph 1 hereof as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of this Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of substitute property. All pursuant to 18 U.S.C. § 981 and 28 U.S.C. § 2461(c).

W. STEPHEN MULDROW
United States Attorney

Seth A. Erbe
Assistant United States Attorney
Chief Financial Fraud and Public Corruption
Unit

Niranjan Emani
Special Assistant United States Attorney

2